```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

In re: Reassignment of Cases
from the Docket of the
Honorable James L. Graham
to the Docket of the
Honorable James H. Watson

<u>ORDER</u>

It is hereby ordered that the following cases are reassigned from the docket of the Honorable James L. Graham to the docket of the Honorable Michael H. Watson.

| Case Number | Case Name |
|---|---|
| 1:00-cv-54   | Hooks v. Mitchell |
| 1:04-cv-25   | Cincom Systems Inc. v. Quantum Corporation |
| 1:04-cv-148  | Procter & Gamble Co. v. Blue Cross Laboratories |
| 1:04-cv-416  | Rohr Corp. v. Supreme Manufacturing |
| 2:02-cv-591  | EEOC v. Overnite Transportation |
| 2:02-cv-1069 | Crawley v. ODOT |
| 2:02-cv-1202 | Noy v. Travis |
| 2:03-cv-135  | Flournoy v. City of Delaware |
| 2:03-cv-161  | Martin v. City of Columbus |
| 2:03-cv-228  | Teague v. Grant/Riverside Methodist Hosp. |
| 2:03-cv-231  | Joslyn v. City of Columbus |
| 2:03-cv-300  | Adams v. Lucent Technologies |
| 2:03-cv-335  | AEP Energy Services v. Bank of Montreal |
| 2:03-cv-378  | Morrison v. Homeowners Loan Corp. |
| 2:03-cv-429  | Childers v. Champion Window Co. |
| 2:03-cv-488  | Morrison v. Homeowners Loan Corp. |

| | |
|---|---|
| 2:03-cv-563 | Fair Housing v. Terrace Plaza Apts. |
| 2:03-cv-617 | Ruggles v. Bulkmatic Transport |
| 2:03-cv-620 | Hines v. Nisource Corp. |
| 2:03-cv-651 | Speedy Mulch LLC v. Gadd |
| 2:03-cv-684 | Boyce v. Green Hills Center I |
| 2:03-cv-701 | Boland v. Ohio Dept. of Health |
| 2:03-cv-895 | Embs v. Jordan Outdoor Enterprises Ltd. |
| 2:03-cv-1059 | Martinez v. Limited Brands, Inc. |
| 2:03-cv-1192 | Rogers v. Isler |
| 2:04-cv-5 | Abram v. AT&T Corp. |
| 2:04-cv-52 | Martin v. Barone |
| 2:04-cv-53 | Doyle v. Diversified Collection Services |
| 2:04-cv-78 | Arledge v. Franklin County Childrens Serv. Bd. |
| 2:04-cv-96 | U.S. Stone Properties LLC v. Butts |
| 2:04-cv-134 | Bui v. Toyota Direct |
| 2:04-cv-190 | Kaster v. First NLC Financial Services |
| 2:04-cv-204 | Reddick v. Bd. of Trustees of Coshocton Cty. |
| 2:04-cv-212 | DaimlerChriysler Ins. Co. v. Ricart Automotive |
| 2:04-cv-216 | Rolf v. City of Newark |
| 2:04-cv-239 | Teramana v. Ohio Dept. of Rehabilitation & Corr. |
| 2:04-cv-258 | Leib v. Atlas Capital Services |
| 2:04-cv-270 | Keidel v. Li |
| 2:04-cv-338 | Busam Motor Sales v. General Motors Corp. |
| 2:04-cv-363 | Gallgan v. Holbrook |
| 2:04-cv-367 | Dendinger v. State of Ohio |
| 2:04-cv-386 | Kossick v. Banc One Securities |
| 2:04-cv-411 | Boggs v. Cardinal Health 301 Inc. |
| 2:04-cv-467 | Davies v. Myers |

| | |
|---|---|
| 2:04-cv-550 | Ketter v. City of Newark |
| 2:04-cv-667 | Kore Mart Ltd. v. Ashland Inc. |
| 2:04-cv-683 | Sagraves v. Lab One |
| 2:04-cv-702 | Owens Corning v. Miller |
| 2:04-cv-734 | Hollenbach v. Yost |
| 2:04-cv-749 | Aphga Cooperative Enterprises v. Frognet DSL |
| 2:04-cv-828 | Brister v. Cardinal Health |
| 2:04-cv-856 | Malhotra v. Ohio Savings Bank |
| 2:04-cv-866 | Montgomery v. United States Postal Inspection Serv. |
| 2:04-cv-884 | Harris v. OTC., Inc. |
| 3:03-cv-127 | Kinley v. Bradshaw |

Date: October 4, 2004        s\James L. Graham
                             James L. Graham
                             United States District Judge


                             s\Michael H. Watson
                             Michael H. Watson
                             United States District Judge