IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY E. HOOKS, | : | |
| Petitioner, | : | |
| vs. | : | Case No.:   C1 00 054 |
| BETTY MITCHELL, WARDEN, | : | JUDGE:   JAMES GRAHAM |
| Respondent. | : | MAGISTRATE JUDGE:   NORA KING |
| ..   ..   ..   ..   ..   .. | : | |

**SUGGESTION OF DEATH UPON THE RECORD**

Dennis L. Sipe, #0006199
BUELL & SIPE CO., L.P.A.
322 Third Street
Marietta, OH 45750
Phone:  (740) 373-3219
Fax: (740) 373-2892

Donald C. Schumacher, #0011050
755 South High Street
Columbus, OH 43206
Phone: (614) 444-3900
Fax: (614) 444-9086

Counsel for Petitioner,
  Danny E. Hooks

James Petro
Attorney General

Charles L. Wille, #0056444
Heather L. Gosselin
Assistant Attorney Generals
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, OH 43215
(614) 728-7055

Counsel for Warden Mitchell

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY E. HOOKS, | : | |
| Petitioner, | : | |
| vs. | : | Case No.:   C1 00 054 |
| BETTY MITCHELL, WARDEN, | : | JUDGE:   JAMES GRAHAM |
| Respondent. | : | MAGISTRATE JUDGE:   NORA KING |
| ..  ..  ..  ..  ..  .. | : | |

**SUGGESTION OF DEATH UPON THE RECORD**

Undersigned, Appointed Counsel, suggests upon the record, pursuant to Civil R.25(a)(1), the death of Petitioner, Danny Hooks, during the pendency of this action.

Respectfully submitted,

_____
Dennis L. Sipe, #0006199
BUELL & SIPE CO., L.P.A.
322 Third Street
Marietta, OH 45750
(740) 373-3219 (Telephone)
(740) 373-2892 (Fax)

-1-

        and

Donald C. Schumacher, #0011050
755 South High Street
Columbus, OH 43206
(614) 444-3900 (Telephone)
(614) 444-9086 (Fax)

Counsel for Petitioner,
  Danny E. Hooks

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he served a copy of the within *Suggestion of Death Upon the Record* upon Charles L. Wille and Heather L. Gosselin, Assistant Attorney Generals, Capital Crimes Section, 30 E. Broad Street, 23rd Floor, Columbus, OH 43215-3428, by ordinary U.S. mail, postage prepaid, this _____ day of October, 2004.

_____
Dennis L. Sipe
Counsel for Petitioner,
  Danny E. Hooks

-2-