IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY E. HOOKS, | : | |
| Petitioner, | : | |
| vs. | : | Case No.:  C1 00 054 |
| BETTY MITCHELL, WARDEN, | : | JUDGE:   JAMES GRAHAM |
| Respondent. | : | MAGISTRATE JUDGE:   NORA KING |
| ..   ..   ..   ..   ..   .. | : | |

## APPOINTED COUNSEL'S CONSENT TO DISMISSAL

| | |
|---|---|
| Dennis L. Sipe, #0006199 | James Petro |
| BUELL & SIPE CO., L.P.A. | Attorney General |
| 322 Third Street | |
| Marietta, OH 45750 | Charles L. Wille, #0056444 |
| Phone:  (740) 373-3219 | Heather L. Gosselin |
| Fax: (740) 373-2892 | Assistant Attorney Generals |
| | Capital Crimes Section |
| | 30 East Broad Street, 23rd Floor |
| Donald C. Schumacher, #0011050 | Columbus, OH 43215 |
| 755 South High Street | (614) 728-7055 |
| Columbus, OH 43206 | |
| Phone: (614) 444-3900 | Counsel for Warden Mitchell |
| Fax: (614) 444-9086 | |

Counsel for Petitioner,
  Danny E. Hooks

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY E. HOOKS, | : | |
| Petitioner, | : | |
| vs. | : | Case No.:   C1 00 054 |
| BETTY MITCHELL, WARDEN, | : | JUDGE:     JAMES GRAHAM |
| Respondent. | : | MAGISTRATE JUDGE:   NORA KING |
| ..    ..    ..    ..    ..    .. | : | |

## APPOINTED COUNSEL'S CONSENT TO DISMISSAL

On October 7, 2004, appointed counsel filed a Suggestion of Death. [Doc. No. 58]. On October 12, 2004, the Court Ordered that the parties show cause, if any, why the instant action should not be dismissed. [Doc. No. 59].

Appointed counsel for Petitioner consents to the dismissal. Since Petitioner Danny Hooks has now died of natural causes, there is no reason to proceed with the instant litigation.

-1-

        Respectfully submitted,

        _____

        Dennis L. Sipe, #0006199
        BUELL & SIPE CO., L.P.A.
        322 Third Street
        Marietta, OH 45750
        (740) 373-3219 (Telephone)
        (740) 373-2892 (Fax)
            and

        Donald C. Schumacher, #0011050
        755 South High Street
        Columbus, OH 43206
        (614) 444-3900 (Telephone)
        (614) 444-9086 (Fax)

        Counsel for Petitioner,
          Danny E. Hooks

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he electronically forwarded a copy of the within *Appointed Counsel's Consent to Dismissal* upon Charles L. Wille and Heather L. Gosselin, Assistant Attorney Generals, Capital Crimes Section, 30 E. Broad Street, 23rd Floor, Columbus, OH 43215-3428, this _____ day of November, 2004.

        _____

        Dennis L. Sipe
        Counsel for Petitioner,
          Danny E. Hooks