.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Danny E. Hooks

vs.                                    Case No. 1:00cv54

**Betty Mitchell, Warden**              Judge Watson

                                       Magistrate Judge King

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

### IT IS ORDERED AND ADJUDGED
that pursuant to order issued November 1, 2004. Petitioner's death renders this habeas corpus action moot. The Clerk is DIRECTED to enter final judgment dismissing this case.

Date: November 1, 2004                 James Bonini

                                       By: _____
                                       Jamie McCown, Deputy Clerk