# VITAL STATISTICS
# CERTIFICATE OF DEATH
TYPE OR PRINT IN PERMANENT BLACK INK

| Field | Value |
|---|---|
| 1. Decedent's Name | DANNY HOOKS |
| 2. Sex | Male |
| 3. Date of Death | September 15, 2004 |
| 4. Social Security Number | 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 |
| 5a. Age - Last Birthday | 59 |
| 6. Date of Birth | Nov 21 1944 |
| 7. Birthplace | Harlan Co., KY |
| 8. Was Decedent Ever in U.S. Armed Forces? | No |
| 9a. Place of Death | Other (Specify) Prison |
| 9b. Facility Name | Corrections Medical Center |
| 9c. City | Columbus |
| 9d. County of Death | Franklin |
| 10. Marital Status | Never Married |
| 11. Surviving Spouse | — |
| 12a. Usual Occupation | Laborer |
| 12b. Kind of Business/Industry | Unknown |
| 13a. Residence - State | Ohio |
| 13b. County | Franklin |
| 13c. City | Columbus |
| 13d. Street and Number | 1990 Harmon Avenue |
| 13e. Inside City Limits | Yes |
| 13f. ZIP Code | 43223 |
| 14. Hispanic Origin | No |
| 15. Race | White |
| 16. Education | 12 |
| 17. Father's Name | Lawrence Eldridge |
| 18. Mother's Name | Mattie Irene Hooks |
| 19a. Informant's Name | Kathy Trauthwein |
| 19b. Mailing Address | 3871 Hammond Blvd Hamilton, OH 45015 |
| 20a. Method of Disposition | Cremation |
| 20b. Place of Disposition | Capitol Crematory |
| 20c. Location | Columbus, Ohio |
| 20d. Date of Disposition | September 22, 2004 |
| 22b. License Number | 8257 |
| 23. Name and Address of Facility | SHAW-DAVIS FUNERAL HOME 614-299-4155, 34 West Second Avenue Cols, OH 43201, Victorian Village Chapel |
| 25. Date Filed | 9/22/04 |
| 28a. Certifier | Certifying Physician |
| 28b. Time of Death | 06:47 AM |
| 28c. Date Pronounced Dead | 9/15/2004 |
| 28d. Case Referred to Coroner? | No |
| 28f. License Number | 35-67202-A |
| 28g. Date Signed | 9/15/04 |
| 29. Name/Address of Person Completing Cause of Death | MARTIN AKUSOBA MD 1990 HARMON AVE COLS 43221 |

## 30. Part I. Cause of Death

| Cause | Interval |
|---|---|
| a. Immediate Cause: METABOLIC DERANGEMENT | HOURS |
| b. Due to: END STAGE RENAL DISEASE | YEARS |
| c. Due to: DIABETES MELLITUS | YEARS |
| d. Due to: HYPERTENSION | YEARS |

Part II. Other Significant Conditions: CAD, NON-WITHSTANDING SEIZURE

Certification stamp: NOV 09 2004, Local Registrar of Vital Statistics